# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 11, 2022

## NO. 03-22-00033-CR

**Ex parte Todd T. Bornhop**

**APPEAL FROM THE 450TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA**
**AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order denying habeas corpus relief entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order denying habeas corpus relief. Therefore, the Court affirms the trial court's order denying habeas corpus relief. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.